UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EBONY HUFF,

    Plaintiff,

                                        Case No. 1:19-cv-00832

v.

EQUIFAX INFORMATION SERVICES, LLC

    Defendant.

    NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

                                                                Respectfully Submitted,

December 18, 2019

                                                   */s/Richard P. Gabelman*
                                                   Richard P. Gabelman (#0074642)
                                                   6071 Montgomery Rd
                                                   Cincinnati, OH 45213
                                                   513.348.4813
                                                   gabelmanrich@hotmail.com
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>/s/ Richard P. Gabelman
Richard P. Gabelman
*Attorney for Plaintiff*