**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

EBONY HUFF,

    Plaintiff,

  v.

EQUIFAX INFORMATION
SERVICES, LLC, and CAPITAL
ONE BANK (USA), N.A.,

    Defendants.

Case No. 1:19-cv-00832-DRC

Judge Douglas R. Cole

**JOINT STIPULATION OF**
**DISMISSAL WITH**
**PREJUDICE**

COME NOW Plaintiff Ebony Huff ("Plaintiff") and the remaining Defendant Capital One Bank (USA), N.A. ("Capital One")[1] and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, the above-styled action, including the dismissal of each claim and count therein asserted by Plaintiff against Capital One, with each party to bear its own attorney's fees, costs, and expenses.

So stipulated, this the 1st day of May, 2020.

**STIPULATED TO BY:**

/s/ Richard P. Gabelman
Richard P. Gabelman (Ohio Reg. No. 0074642)
6701 Montgomery Road
Cincinnati, OH 45213
(513) 321-7733
gabelmanrich@hotmail.com

Attorney for Plaintiff Ebony Huff

/s/ Devin C. Dolive (with permission)
Devin C. Dolive (Ohio Reg. No. 0075585)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(205) 251-3000
ddolive@burr.com

Attorney for Defendant Capital One Bank
(USA), N.A.

---

[1] Plaintiff dismissed the other Defendant, Equifax Information Services, LLC, from this action before Equifax filed an answer or any other motion. (*See* Docs. 7 & 10.)